| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name  **Quantum Valve and Oilfield Solutions, LLC** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) _____ |

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/12/2021**       X **/s/ John Luke Reed**
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

**John Luke Reed**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Quantum Valve and Oilfield Solutions, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sustainable Income, LLC<br>245 Fenimore Street<br>Brooklyn, NY 11225 | | Goods and/or Services | | | | $9,589,513.00 |
| 2 | CATERPILLAR<br>PO Box 54942<br>New Orleans, LA 70154 | | Lease | | | | $4,000,000.00 |
| 3 | M.G. Bryan Equipment Company<br>1906 S Great Southwest Parkway<br>Grand Prairie, TX 75051 | | Goods and/or Services | | | | $1,320,160.00 |
| 4 | Tri-Chem Industries<br>2600 N Cresson Highway<br>Cresson, TX 76035 | | Goods and/or Services | | | | $1,297,038.06 |
| 5 | Premier Pressure Pumping<br>2310 Industrial Blvd<br>Kilgore, TX 75662 | | Lease | | | | $1,000,000.00 |

Debtor **Quantum Valve and Oilfield Solutions, LLC**   Case number (if known) _____
   Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Resource Energy Equipment  PO Box 54942  New Orleans, LA 70154 | | Lease | | | | $981,998.59 |
| 7 | Bestway Oilfield, Inc.  16030 Market Street  Channelview, TX 77530 | | Lawsuit | | | | $965,482.77 |
| 8 | Crestmark  5480 Corporate Drive, Suite 30  Troy, MI 48098 | | PPP Loan | | | | $950,348.00 |
| 9 | Stewart & Stevenson  P.O. Box 301063  Dallas, TX 75303 | | Lease | | | | $500,000.00 |
| 10 | Extreme Pressure Control, LLC  3900 S Harmon Ave  Oklahoma City, OK 73179 | | Goods and/or Services | | | | $388,535.54 |
| 11 | Solvay USA Inc.  504 Carnegie Center  Princeton, NJ 08540 | | Lawsuit | | | | $351,254.50 |
| 12 | Advanced Chemical Logistics Ltd  PO Box 185010  Fort Worth, TX 76181 | | Goods and/or Services | | | | $350,240.25 |
| 13 | Chemplex Solvay Group  P.O. Box 733133  Dallas, TX 75373 | | Goods and/or Services | | | | $348,814.50 |

Debtor **Quantum Valve and Oilfield Solutions, LLC**        Case number (if known) _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Hydrite Chemical Co<br>PO Box 689227<br>Chicago, IL 60695 | | Judgment | | | | $324,428.96 |
| 15 Hi Bar Capital<br>1825 65th St<br>Brooklyn, NY 11204 | | Goods and/or Services | | | | $219,300.00 |
| 16 Gulfstream Services, Inc.<br>PO Box 734693<br>Dallas, TX 75373 | | Goods and/or Services | | | | $218,295.40 |
| 17 The Avanza Capital Group, LLC<br>3794 Amboy Rd., Ste 306<br>Staten Island, NY 10308 | | Goods and/or Services | | | | $198,395.00 |
| 18 Express 4x4 Truck Rental<br>3235 Sunset Ln<br>Hatboro, PA 19040 | | Goods and/or Services | | | | $196,454.79 |
| 19 Slate Advance<br>15 America Ave., Ste 303<br>Lakewood, NJ 08701 | | Goods and/or Services | | | | $179,880.00 |
| 20 Mr. Advance<br>35-12 19th Ave., Ste 3W<br>Astoria, NY 11105 | | Goods and/or Services | | | | $175,080.01 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3